```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BRAD E. GENTRY, | ) | |
| | ) | |
| Plaintiff, | ) | DOCKET NUMBER 4:07CV3027 |
| | ) | |
| v. | ) | |
| | ) | |
| FREMONT BEEF COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court *sua sponte*. On February 23, 2007, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. No such report has been received by the court.

Accordingly,

IT IS ORDERED, the parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before May 24, 2007, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED May 10, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge