```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

BRAD A. GENTRY,                    )
                                   )
            Plaintiff,             )         4:07CV3027
                                   )
      v.                           )
                                   )
FREMONT BEEF COMPANY,              )         ORDER
                                   )
            Defendant.             )
                                   )
```

Upon the filing of the parties' Rule 26 planning conference report,

IT IS ORDERED that the show cause order, filing 8, is withdrawn.

DATED this 15th day of May, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge