IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRAD A. GENTRY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3027 |
| | ) | |
| v. | ) | |
| | ) | |
| FREMONT BEEF COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The Rule 16 telephone planning conference is continued from today to August 10, 2007 at 9:30 a.m. Plaintiff's counsel shall submit a letter regarding mediation pursuant to paragraph 2 of the initial progression order to the undersigned prior to the conference.

Plaintiff's counsel shall initiate the call.

DATED this 8th day of August, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge