IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRAD A. GENTRY, | ) | 4:07CV3027 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| FREMONT BEEF COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed, with prejudice, each party to bear their own costs and complete record waived.

November 27, 2007           BY THE COURT:

                            *s/Richard G. Kopf*
                            United States District Judge